UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-60182-CR-CANNON

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BIBI SALIMA BACCHUS,
     **a/k/a Bibi Salima Johnson**

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Patrick M. Hunt Following Change of Plea Hearing [ECF No. 40]. On October 29, 2021, Magistrate Judge Hunt held a Change of Plea hearing during which Defendant pled guilty to Count Fourteen of the Indictment [ECF No. 13] pursuant to a written plea agreement and factual proffer [ECF Nos. 36 and 37]. Magistrate Judge Hunt thereafter issued a Report and Recommendation on Change of Plea [ECF No. 40]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 40] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Bibi Salima Bacchus as to Count Fourteen of the Indictment is **ACCEPTED**;

3. Defendant Bibi Salima Bacchus is adjudicated guilty of Count Fourteen of the Indictment, which charges Defendant with illegal reentry of a removed alien, in

CASE NO. 21-60182-CR-CANNON

violation of 8 U.S.C. § 1326(a) and (b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 23rd day of November 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record